# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  TIM OPSAHL & WINONA L. OPSAHL  Case Number: 05-73378
2901 ASHBROOK DR.  SSN-xxx-xx-2460 & xxx-xx-4165
ROCKFORD, IL 61109

Case filed on: 7/5/2005
Plan Confirmed on: 1/9/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $23,920.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
|  | Total Legal | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
| 005 | PIERCE AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BAKER MILLER MARKOFF & KRASNY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 208 | DIRECT LOAN SERVICING CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | TIM OPSAHL | 0.00 | 0.00 | 20.60 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 20.60 | 0.00 |
| 001 | BLACKHAWK STATE BANK | 2,209.40 | 2,120.70 | 2,120.70 | 274.05 |
| 002 | ROCK RIVER WATER RECLAMATION | 101.00 | 101.00 | 101.00 | 13.01 |
| 003 | IRWIN HOME EQUITY | 21,437.66 | 0.00 | 0.00 | 0.00 |
| 004 | JAMES B NUTTER & COMPANY | 17,518.85 | 5,874.18 | 5,874.18 | 0.00 |
| 013 | JAMES B NUTTER & COMPANY | 100.00 | 31.53 | 31.53 | 0.00 |
|  | Total Secured | 41,366.91 | 8,127.41 | 8,127.41 | 287.06 |
| 006 | AMERICAN RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | US DEPARTMENT OF EDUCATION | 5,373.28 | 5,373.28 | 5,373.28 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 200.29 | 200.29 | 200.29 | 0.00 |
| 010 | LVNV FUNDING LLC | 6,541.92 | 6,541.92 | 6,541.92 | 0.00 |
| 011 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | YELLOW BOOK USA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 12,115.49 | 12,115.49 | 12,115.49 | 0.00 |
|  | Grand Total: | 55,182.40 | 21,942.90 | 21,963.50 | 287.06 |

Total Paid Claimant:    $22,250.56
Trustee Allowance:      $1,669.44         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    100.00         discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009        By  /s/Heather M. Fagan